PATCHIN *vs.* SANDS and others.

A *foreign* or *struck* jury will not be granted but in extreme cases.

August 8.   A MOTION was made in this case for a *foreign* or *struck jury*, on the ground that the venue was necessarily laid in the county of *Kings*, that a majority of the jurors would most probably come from the *village of Brooklyn*, that the suit grew out of a long agitated controversy between the public officers of that *village* and the plaintiff relative to a contemplated improvement in the opening of a street, and that the plaintiff believed that there would not be a fair and impartial trial of the cause by jurors of the county of Kings.

*G. Wilson,* for motion.

*J. Greenwood,* contra.

*By the Court,* SUTHERLAND, J.   The jurors from *Brooklyn*, if incompetent by reason of prejudice or interest, may be objected to. It cannot be believed that after the jury-box is properly sifted, twelve impartial men cannot be found in the county of *Kings* to try this cause. Parties deceive themselves in the estimate of the extent of interest which the public at large take in their controversies. In the case of *Poucher* and *Livingston*, which arose in the county of *Columbia*, the evidence of public interest in the matter in controversy was very strong, and the court, under the circumstances of the case, hesitated whether a motion for a *foreign* or *struck jury* ought not to be granted ; but in view of the inconveniences inseparable from such an order, the motion was denied. So in this case the motion must be refused. It will be time enough for the court to interfere, by directing the cause to be tried otherwise than by an ordinary jury, after they shall have become convinced of its necessity by the verdict which shall be rendered.

Motion denied.